IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY ARTMAN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 02-2957 |
| | : | |
| v. | : | |
| | : | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this        day of July, 2002, upon consideration of the Defendant's Motion to Dismiss and it appearing to the Court that the parties have stipulated that the motion is moot, it is hereby ORDERED that the Motion is DENIED AS MOOT.

BY THE COURT:

_____
J. CURTIS JOYNER, J.