:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NANCY ARTMAN                                      CIVIL ACTION

        v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA

                                           02-2957

**O R D E R**

AND NOW, this 24TH day of JULY, 2002, it is Ordered that this matter is **RESCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **AUGUST 5, 2002** at **9:30A**M in Room 8TH FLOOR - room 8613. (Court Room Deputy 267-299-7419)

PS: If counsel is not available at this time and wish to reschedule or set up a telephone conference - that party shall contact the Deputy Clerk and coordinate a new date and time for all parties.

Plaintiff is to notify all parties of this conference.

ATTEST:                                   or      BY THE COURT


BY:    ANGELA J. MICKIE
         Deputy Clerk                 Judge

Civ 12 (9/83)