W:\FORMS\.FRM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NANCY ARTMAN                            :
    vs.                              :         CIVIL ACTION NO. 02-2957
                                        :
UNUM LIFE INSURANCE COMPANY             :
OF AMERICA

**REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On this  5th day of  AUGUST, 2002,  a [ X] Pretrial [ ] Settlement Conference was held before Judge J. Curtis Joyner.

REMARKS:   90 DAYS DISCOVERY

                                                                                         _____
                                                                                         Angela Mickie
                                                                                         Deputy Clerk to Judge Joyner

Civ 14 (8/80)